# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA G. BIGGS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV F 05-1145 REC LJO<br><br>**ORDER GRANTING EXTENSION<br>OF TIME TO FILE OPENING BRIEF** |

　　　On July 25, 2006, plaintiff filed an ex parte application requesting an extension of time to file and serve her opening brief in the above matter on the basis of family health problems.

　　　For good cause shown, the Court GRANTS plaintiff's request.  Plaintiff shall have until September 5, 2006 to file and serve her brief.

IT IS SO ORDERED.

**Dated:   July 26, 2006**　　　　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1