```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  Federal Building
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone:  (559) 497-4036
 5
    Attorneys for Defendant
 6
 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                      EASTERN DISTRICT OF CALIFORNIA
 9
10
    BARBARA G. BIGGS,              )   1:05-cv-1145 LJO
11                                 )
                  Plaintiff,       )   STIPULATION AND ORDER
12                                 )   TO EXTEND TIME
                                   )
13           v.                    )
                                   )
14  JO ANNE B. BARNHART,           )
    Commissioner of Social         )
15  Security,                      )
                                   )
16                Defendant.       )
    _____)
17
18       The parties hereby stipulate that Plaintiff's time to file a
19  reply be extended from October 25, 2006 to November 27, 2006.
20       This is plaintiff's second request for an extension of time
21  in this case.  Plaintiff needs the additional time to further
22  seek counsel and prepare a reply brief in this matter.
23                                 Respectfully submitted,
24
25  Dated: October 25, 2006         By Telephonic Request
                                    BARBARA G. BIGGS
26                                  In Pro Per
27
28
                                    1
```

```
Dated: October 25, 2006         McGREGOR W. SCOTT
                                United States Attorney


                                /s/ Kristi C. Kapetan
                                KRISTI C. KAPETAN
                                Assistant U.S. Attorney
```

IT IS SO ORDERED.

**Dated:   October 26, 2006**              **/s/ Lawrence J. O'Neill**
b9ed48                          UNITED STATES MAGISTRATE JUDGE

2